UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORTEN BAXTER,

    Plaintiff,

v.                                          Case No. 8:25-cv-1722-WFJ-AEP

DOUBLE D TRANSPORT, LLC,
NIHAD SIVIC and MUHIDIN DZANIC,

    Defendants.
_____/

THOMAS SCOTT WILLIAMS as
Personal Representative of the
Estate of Judith Ann Servello,

    Plaintiff,

v.                                          Case No. 8:25-cv-2286-WFJ-CPT

DOUBLE D TRANSPORT, LLC, and
NIHAD SIVIC,

    Defendants.
_____/

**<u>ORDER</u>**

    Upon due and careful consideration of the Defendants' Unopposed Motion for Consolidation of these two cases for discovery and trial purposes (Dkt. 26), the Court **ORDERS** as follows:

1) Defendants Double D Transport, LLC, Muhidin Dzanic, and Nihad Sivic's Motion for Consolidation filed in Case Number 8:25-cv-1722-WFJ-AEP (Dkt. 26) is **granted**.  These two cases will travel together for all further proceedings.  Case Number 8:25-cv-1722-WFJ-AEP (the "Baxter Action") will be designated as the lead case.  Case Number 8:25-cv-2286-WFT-CPT (the "Williams Action") will be designated as the member case.

2) All future filings and papers shall be made in the appropriate particular individual case—either the Baxter Action or the Williams Action.  The consolidated parties will not be added to the lead case.

**DONE AND ORDERED** at Tampa, Florida, on October 7, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record